IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ALICE BURTON,

                     Plaintiff,

ORDER

12-cv-74-bbc

    v.

DAVID L. ANDERSON, d/b/a ANDERSON SCRAP
METAL, CYNTHIA R. PINDER.,
ESTELLE B. ANDERSON,

                     Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       In an order entered on February 13, 2013, I instructed plaintiff Alice Burton that she may have until February 21, 2013 to inform the court whether she opposed remand of this case back to state court for lack of subject matter jurisdiction. Plaintiff has not responded. Accordingly, IT IS ORDERED that this case is remanded to the Circuit Court for Polk County, Wisconsin. The clerk of court is directed transmit the file to the state court and close this case.

       Entered this 5th day of March, 2013.

                                      BY THE COURT:

                                      /s/

                                      BARBARA B. CRABB
                                      District Judge